UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,

  v.

B. CUBED, LLC, a California Limited Liability Company; JOHN L. BREZNIKAR, individually and doing business as EAST BAY RESTAURANT SUPPLY; EAST BAY RESTAURANT SUPPLY, INC., doing business as East Bay Restaurant Supply,

    Defendants.
_____/

No. 2:07-cv-00401-MCE-EFB

**ORDER RE: SETTLEMENT AND DISPOSITION**

    Pursuant to the representations of the attorney for Plaintiff, the Court has determined that this case is settled. In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before June 11, 2007.

///

///

///

///

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.

IT IS SO ORDERED.

DATED:

Dated: May 23, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE